**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8150**

SYLVESTER E. HARDING, III,

                Plaintiff – Appellant,

      v.

ERIC K. SHINSEKI, Secretary Department of Veteran Affairs
[Agency]; JOHN C. WEAVER, Staff Attorney Department of
Veteran Affairs; KAREN CLARKSON, Assistant Chief of Human
Resources; ALLISON BROWN, Police Office Fayetteville Police
Department; ROBERT HICKS, Assistant District Attorney,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:12-ct-03095-F)

Submitted:  May 23, 2013           Decided:  May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sylvester E. Harding, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvester E. Harding, III, appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006) and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harding v. Shinseki, No. 5:12-ct-03095-F (E.D.N.C. Oct. 30, 2012; Dec. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED